STATE OF NEW JERSEY, PLAINTIFF-APPELLANT,
v. ELIZABETH ALLEN, DEFENDANT-RESPONDENT.

Argued January 20, 1969—Decided February 3, 1969.

*Mr. Barnett E. Hoffman* argued the cause for plaintiff-appellant (*Mr. Edward J. Dolan,* Middlesex County Prosecutor, attorney).

*Mr. Kenneth S. Javerbaum* argued the cause for defendant-respondent (*Mr. Stanley C. Van Ness,* attorney).

The opinion of the court was delivered
PER CURIAM. The judgment of the Appellate Division is reversed for the reasons given in the dissenting opinion of Judge Collester, 100 *N. J. Super.* 407 (*App. Div.* 1968).

*For reversal* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and HANEMAN — 6.

*For affirmance* — None.